**No. 61457.**—Chas. H. Timm Co. *v.* United States, protest 298027–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61458.**—John Gross and Company *v.* United States, protest 298350–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61459.**—E. T. McDuffie *v.* United States, protest 313856–K/8904 (Chicago).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 61460.**—Balfour, Guthrie & Co., Ltd. *v.* United States, protest 989490–G (New York).

Opinion by DONLON, J. The protest was dismissed.

JANUARY 9, 1958

**No. 61461.**—General Systems Service, Inc. *v.* United States, protest 263497–K.—

Plaintiff's application for rehearing denied.

BEFORE THE FIRST DIVISION, JANUARY 15, 1958

**No. 61462.**—D. C. Andrews & Co., Inc. *v.* United States, protest 295184–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photo enlargers similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.